Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
~~FIRST~~ District of ~~KOOTENAI COUNTY~~ IDAHO

CIVIL Division

| | |
|---|---|
| MICHAEL JOHN EAST <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br><br> "SEE ATTACHED" <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | Case No. _____ <br> *(to be filled in by the Clerk's Office)* <br><br> "DEMAND A TWELVE PERSON JURY TRIAL" <br><br> U.S. COURTS <br> JUN 01 2020 <br> Rcvd____Filed____Time____ <br> STEPHEN W. KENYON <br> CLERK, DISTRICT OF IDAHO |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: MICHAEL J. EAST
All other names by which you have been known: "MICKEY"
ID Number: 71710
Current Institution: NEZ PERCE COUNTY JAIL
Address: 1150 WALL ST.
LEWISTON, IDAHO 83501
City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: NEZ PERCE COUNTY SHERIFF'S DEPARTMENT &
Job or Title (if known): SHERIFF JOE RODRIGUEZ
Shield Number: 2500
Employer: NEZ PERCE COUNTY SHERIFF'S DEPT.
Address: 1150 WALL ST
LEWISTON, IDAHO 83501
City / State / Zip Code
☒ Individual capacity ☒ Official capacity

Defendant No. 2
Name: SHERRY STOUTIN
Job or Title (if known): DIRECTOR OF IVY MEDICAL
Shield Number:
Employer:
Address: IVY MEDICAL / NEZ PERCE COUNTY SHERIFF'S DEPT.
237 PRESTON AVE. / 1150 WALL ST.
LEWISTON, IDAHO 83501
City / State / Zip Code
☒ Individual capacity ☒ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
  Name                  ANITA RINGERING, P.A.-C
  Job or Title (if known)  PROVIDER
  Shield Number
  Employer              IVY MEDICAL / NEZ PERCE CO. SHERIFF'S DEPT.
  Address               237 PRESTON AVE / 1150 WALL ST.
                        LEWISTON          IDAHO        83501
                        City              State        Zip Code
  ☒ Individual capacity   ☒ Official capacity

Defendant No. 4
  Name                  DARAH GROGAN, R.N.
  Job or Title (if known)  REGISTERED NURSE
  Shield Number
  Employer              IVY MEDICAL / NEZ PERCE CO. SHERIFF'S DEPT.
  Address               237 PRESTON AVE. / 1150 WALL ST.
                        LEWISTON          IDAHO        83501
                        City              State        Zip Code
  ☒ Individual capacity   ☒ Official capacity

## II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

  ☐ Federal officials (a *Bivens* claim)

  ☒ State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

  8TH AMENDMENT (1791) " CRUEL AND UNUSUAL PUNISHMENT "

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

"SEE ATTACHED"

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☒ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☒ Other *(explain)* HOWEVER, BEING HOUSED @ NEZ PERCE CO. JAIL AWAITING TRANSFER TO IDOC

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

ON JAN. 12, 2020 WENT TO E.R. WHERE MRI WAS PERFORMED & DIAGNOSED W/ HERNIATED L5 WAS WAITING FOR SCHEDULED APPT. FOR FURTHER TREATMENT WHEN ARRESTED. ATTORNEY & DR. PROVIDED NPC & IVY MED W/ DOCUMENTATION OF INJURY & CONDITION HAS SINCE DETERIORATED SIGNIFICANTLY & IDOC REFUSES TO GIVE AID.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

...DEFENDANT'S - CONTINUED FROM PG. 4 of 11...

DEFENDANT # 5

NAME: DEPUTY VOGEL

JOB/TITLE: JAILER

SHIELD #: 29

EMPLOYER: NEZ PERCE CO. SHERIFF'S DEPARTMENT

ADDRESS: 1150 WALL ST.

LEWISTON, IDAHO 83501

☒ INDIVIDUAL CAPACITY  ☒ OFFICIAL CAPACITY

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

FEB. 26, 2020 - PRESENT, ONGOING...

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* WAS INCARCERATED W/ A DOCUMENTED BACK INJURY, MEDICAL @ NEZ PERCE CO. REFUSED TO GIVE ME ANY TREATMENT OR SEND ME TO A FACILITY EQUIPPED TO HANDLE MY NEEDS. AS CONDITION HAS DECLINED & PAIN INCREASED IN FEET/LOWER BACK THEIR ANSWER TO "TREATMENT" FOR INCONTINENCE IS ADULT DIAPER. MULTIPLE DEP/JAILERS & MEDICAL STAFF HAVE BEARED WITNESS TO FEET TURNING PURPLE & NO PULSE. I HAVE KEPT VERY DETAILED LOG. JUDGE REFUSED MED. FURLOUGH!

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. ARRIVED @ NEZ PERCE CO. JAIL W/ HERNIATED L5 (DOCUMENTED) NEEDED WHEELCHAIR! WAS PLACED IN ISOLATION CELL ON FLOOR. SEEN BY MED. GIVEN 400mg. IBU WHEN HAD OWN MEDICATION THAT P.O. BROUGHT W/US. TOLD COULD NOT HAVE THEM EVEN THOUGH PRESCRIBED FOR SPECIFIC INJURY. VERTEBRAE PINCHING OFF NERVE! NOW GOTTEN WORSE & CAUSING SEVERE INCONTINENCE, MY LEFT LEG HAS DETERIORATED BY @ LEAST 1/3 BUTTOCKS & GENITALS CONSTANTLY NUMB, NO PULSE & PAIN! TOLD BY DR. CARROL ELLIS SURGERY IS THE ONLY WAY TO RELIEVE THIS PAIN & STOP INCONTINENCE. IVY MEDICAL, NPCSO & IDOC HAVE IGNORED THIS, EVEN REFUSED TO ALLOW ME SHOES TO 'HELP' SOME W/ NEUROPATHY PAIN.

VI. **Relief** ANY TIME I SIT DOWN FEET INSTANTLY SWELL, TURN PURPLE, & LOSE PULSE. MEDICAL STAFF HAVE WITNESSED THIS

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. COMPELL IVY MEDICAL, NPCSD & IDOC, TO GIVE ME IMMEDIATE ADEQUATE MEDICAL CARE/RELEASE ME SO I CAN GET THE SURGERY TO REPAIR L5. ALLOW ME TO HAVE SOME SHOES TO HELP EASE THE NEUROPATHY PAIN @ LEAST A LITTLE WHEN I HAVE TO WALK. ALLOW ME TO HAVE A MEDICATION THAT WILL HELP W/ THE EXCRUTIATING PAIN, & SUFFERING!

DAMAGES & PUNITIVE DAMAGES: ALL FUTURE MEDICAL TREATMENT & #$250,000.00 VIOLATION OF VIII AMENDMENT & PAIN & SUFFERING AS WELL AS THE IRREPARABLE NERVE DAMAGE & SHAME & EMBARRASSMENT BY STAFF & INMATES OVER INCONTINENCE, & HAVING TO WEAR DIAPER! JUDGE GASKILL COULD/SHOULD HAVE ALLOWED RELEASE TO SEEK PREVIOUSLY SCHEDULED TREATMENT PRIOR TO MY REVOCATION HEARING, HE WAS PROVIDED DOCUMENTS! IVY, NPCS & IDOC SHOULD HAVE PROVIDED ADEQUATE MEDICAL TREATMENT/PAIN RELIEF IN CUSTODY, CARE OR RATHER, THEY KNOWINGLY CHOSE TO LEAVE PLAINTIFF IN SEVERE PAIN FOR AN EXTENDED PERIOD W/ LACK OF COMPASSION!

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

NEZ PERCE COUNTY ADULT DETENTION CENTER

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

REFUSAL OF PAIN RELIEF & ADQUATE MEDICAL TREATMENT / STAFF'S REFUSAL TO PROVIDE OR ALLOW MEDICAL TYPE SHOES. STAFF HAS REFUSED TO PROVIDE PLAINTIFF W/ REQUESTED COPIES OF SUBMITTED MEDICAL REQUEST'S OR GRIEVANCE'S AS WELL AS REFUSED AN ADMINISTRATIVE REVIEW.

D.) THE ATTORNEY GENERAL OF IDAHO, LAWRENCE WASDEN, IDOC, AND ALL DEFENDANTS EMPLOYED BY EITHER IVY MEDICAL OR NEZ PERCE CO. SHERIFF'S OFFICE/DEPT. HAD/HAVE AN OBLIGATION UNDER 42 U.S.C. § 1983 TO PROVIDE PLAINTIFF WITH ADEQUATE MEDICAL TREATMENT & NOT LEAVE PLAINTIFF IN EXCRUCIATING PAIN & SUFFERING CONSTITUTING CRUEL & UNUSUAL PUNISHMENT, FOR A CONTINUED ONGOING & EXTENDED PERIOD OF TIME WHEN MEDICAL STAFF HAVE ACKNOWLEDGED THE ONLY KNOWN TREATMENT/REMEDY TO RELIEVE PLAINTIFF OF SUFFERING, BUT REFUSE TO ACT.

ALL NAMED DEFENDANT'S HAVE STATED THAT EITHER IVY MEDICAL DIRECTOR HAS DENIED ME ANY "FURTHER" "TREATMENT" i.e. IBUPROFEN, GABAPENTIN, OR ADULT DIAPER, OR IDOC REFUSES TO ACT OR APPROVE TRANSFER TO A MORE SUITABLE FACILITY TO ADDRESS MY INJURY.

DEPUTY VOGEL OF NEZ PERCE CO. SHERIFF'S OFFICE HAS INTENTIONALLY INTERFERED WITH MY MEDICAL/GRIEVANCE PROCESS/TREATMENT BY TAKING MY PAPERWORK & 1.) REFUSING TO FILE THEM AS HE STATED HE WOULD THEN, 2.) REFUSING TO RETURN THEM TO ME STATING, "STOP WHINING ABOUT IT." SHERIFF RODRIGUEZ FAILED TO HOLD DEP. VOGEL ACCOUNTABLE FOR THIS MALICIOUS HARASSMENT & INTERFERANCE OF PLAINTIFF'S DUE PROCESS.

I SWEAR UNDER PENALTY OF PERJURY THE STATEMENT IS TRUE & CORRECT.

SIGNED: /s/

PRINTED NAME: MICHAEL EAST

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance? __NEZ PERCE COUNTY ADULT DETENTION CENTER__

2. What did you claim in your grievance? __CONSTANT SEVERE PAIN & WAS SEEMING TO GET WORSE. WAS HAVING INCONTINENCE & NEEDED TO BE SEEN BY DR. THAT COULD PROVIDE ADEQUATE MEDICAL TREATMENT THAT COULD & WOULD GIVE ME RELIEF FROM EXCRUTIATING PAIN & SUFFERING AS WELL AS HUMILIATION BY STAFF & INMATE'S! REQUESTED ADMINISTRATIVE REVIEW__

3. What was the result, if any? __SGT. McNISH RESPONDED & STATED A REQUEST FOR A TREATMENT PLAN HAD BEEN SENT TO IDOC. WHEN I INQUIRED AS TO THE RESULT OF THE REQUEST FOR TREATMENT IN A FOLLOW-UP/APPEAL WAS TOLD TO "ASK MEDICAL". MEDICAL STATED I HAD "RECIEVED MORE CARE THAN MOST." THEN THEY STATED I WOULD GET NO MORE CARE & DENIED MY REQUEST FOR COPIES OF ALL MY RECORDS & PREVIOUSLY FILED GRIEVANCES.__

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*
__REQUESTED ADMINISTRATIVE REVIEW! WAS INFORMED THAT GRIEVANCE PROCESS & APPEAL ON MY MEDICAL ISSUE WAS COMPLETE & IT WAS AN IDOC PROBLEM. ANITA RINGERING, P.A.-C  DARAH GROGAN, R.N. & DIRECTOR OF IVY MEDICAL SHERRY STOUTIN HAVE SINCE REFUSED ME ANY FURTHER RELIEF, & REFUSED TO ALLOW ME MEDICAL SHOES FOR EVEN THE TINIEST BIT OF PAIN RELIEF. DEP. VOGEL HAS INTERFERED W/MY GRIEVANCE & LEGAL PROCESS BY TAKING MY PAPERS & REFUSING TO RETURN THEM TO ME STATING "STOP WHINING ABOUT IT." SHERIFF RODRIGUEZ HAS FAILED TO RESPOND TO ANY OF MY REQUEST TO TREATMENT. IDOC HAS FAILED AS WELL AS REFUSED TO GIVE ME EVEN THE SLIGHTEST BIT OF HUMANE TREATMENT! GRIEVANCE PROCESS IS COMPLETE I AM TOLD!__

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

    F.      If you did not file a grievance:

          1.    If there are any reasons why you did not file a grievance, state them here:

          2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

    G.     Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. ON APR. 20, 2020 SAW ANITA RINGERING PA-C FOR MY CONTINUED EXCRUCIATING PAIN & SUFFERING & INCONTINENCE. SHE SAID THE IVY MED DIRECTOR DECIDED I WAS TO GET NO SHOES. THEN SAYS IN RESPONSE TO MY CONTINUED INCONTINENCE THAT "OH, YOU PROBABLY JUST HAVE AN ENLARGED PROSTATE," & "WHEN WOMEN GET OLDER WE PEE OUR PANT'S WHEN WE LAUGH, SO IT'S NOTHING TO WORRY ABOUT" & WALKED OUT OF ROOM.

          *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3. Docket or index number

    _____

4. Name of Judge assigned to your case

    _____

5. Approximate date of filing lawsuit

    _____

6. Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

3. Docket or index number

4. Name of Judge assigned to your case

5. Approximate date of filing lawsuit

6. Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: APRIL 29, 2020

IDAHO STATE CORRECTIONAL INSTITUTION
P.O. BOX 14
BOISE, IDAHO 83707

Signature of Plaintiff: /s/
Printed Name of Plaintiff: MICHAEL J. EAST — TRANSFERED...
Prison Identification #: 71710 — "SEE ABOVE"
Prison Address: 1150 WALL ST., NEZ PERCE CO. ADULT DETENTION CENTER
LEWISTON, IDAHO 83501

### B. For Attorneys

Date of signing: _____

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address
_____ City  _____ State  _____ Zip Code
Telephone Number
E-mail Address